FID 11555046
23mj221

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00104 |
| Joshua Hall | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 5/18/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

FILED
MAY 31 2023
IN THIS OFFICE
Clerk U.S. District Court
Greens[...]
By [...]

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Joshua Hall ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds.

2023.05.18
12:13:43
-04'00'

Date: 05/18/2023

*Issuing officer's signature*

City and state:     Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/18/2023 , and the person was arrested on *(date)* 5/25/2023
at *(city and state)* Sanford, NC .

Date: 5/25/2023

*Arresting officer's signature*

SA Peter Mineos
*Printed name and title*